NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1562, -1575, 2010-1010

SRI INTERNATIONAL INC.,

Plaintiff-Cross Appellant,

v.

INTERNET SECURITY SYSTEMS, INC. (a Delaware Corporation)
and INTERNET SECURITY SYSTEMS, INC. (a Georgia Corporation),

Defendants-Appellants,

and

SYMANTEC CORPORATION,

Defendant-Appellant.

Appeals from the United States District Court for the District of Delaware
in case no. 04-CV-1199, Judge Sue L. Robinson.

ON MOTION

## O R D E R

Upon consideration of the motion to clarify the briefing schedule or in the alternative for an extension of time,

IT IS ORDERED THAT:

(1)    The motion to clarify the briefing schedule is granted.  The appellants' opening briefs are due no later than December 7, 2009.

(2)    The motion for an extension of time is moot.

FOR THE COURT

NOV 0 4 2009

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Frank E. Scherkenbach, Esq.
Holmes J. Hawkins, III, Esq.
Robert M. Galvin, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 4 2009

JAN HORBALY
CLERK

2009-1562, -1575, 2010-1010                    - 2 -